446 A.2d 699

Commonwealth v. Christmas, Jr., Appellant.

Submitted September 10, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.